**No. 10-1441. Evans Jesus Fanor, Petitioner v. Carlos Alvarado, et al.**

565 U.S. 1149, 132 S. Ct. 1077, 181 L. Ed. 2d 795, 2012 U.S. LEXIS 542.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 821, 132 S. Ct. 108, 181 L. Ed. 2d 34, 2011 U.S. LEXIS 6993.

**No. 10-10267. Donald G. Jones, Petitioner v. Joseph Canizaro, et al.**

565 U.S. 1149, 132 S. Ct. 1077, 181 L. Ed. 2d 795, 2012 U.S. LEXIS 546.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 832, 132 S. Ct. 132, 181 L. Ed. 2d 53, 2011 U.S. LEXIS 5757.

**No. 10-10494. Donald G. Jones, Petitioner v. Travelers, et al.**

565 U.S. 1149, 132 S. Ct. 1077, 181 L. Ed. 2d 795, 2012 U.S. LEXIS 571.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 838, 132 S. Ct. 147, 181 L. Ed. 2d 64, 2011 U.S. LEXIS 6474.

**No. 10-10704. Tyrone Davis, Petitioner v. Troy Steele, Warden.**

565 U.S. 1150, 132 S. Ct. 1077, 181 L. Ed. 2d 795, 2012 U.S. LEXIS 442.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 845, 132 S. Ct. 161, 181 L. Ed. 2d 75, 2011 U.S. LEXIS 6602.

**No. 10-10709. Edward Washington, Petitioner v. Burl Cain, Warden.**

565 U.S. 1150, 132 S. Ct. 1077, 181 L. Ed. 2d 795, 2012 U.S. LEXIS 543.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 845, 132 S. Ct. 162, 181 L. Ed. 2d 76, 2011 U.S. LEXIS 6425.

**No. 10-10713. Charles Sanchez, Petitioner v. Lupe Aldrich, et al.**

565 U.S. 1150, 132 S. Ct. 1077, 181 L. Ed. 2d 795, 2012 U.S. LEXIS 507.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 845, 132 S. Ct. 162, 181 L. Ed. 2d 76, 2011 U.S. LEXIS 6110.

**No. 10-10949. C. F., Petitioner v. Superior Court of California, Riverside County, et al.**

565 U.S. 1150, 132 S. Ct. 1078, 181 L. Ed. 2d 795, 2012 U.S. LEXIS 551.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 858, 132 S. Ct. 193, 181 L. Ed. 2d 101, 2011 U.S. LEXIS 6196.